```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE MIDDLE DISTRICT OF GEORGIA
                 COLUMBUS DIVISION
```

ROBERTO CARRILLO,                    \*

    Petitioner                   \*

vs.                                  \*
                                      CASE NO. 4:12-CV-30 (CDL)
ERIC HOLDER, JANET NAPOLITANO,       \*
FELICIA SKINNER, and MICHAEL
SWINTON,                             \*

    Respondents                  \*

## ORDER ON REPORT OF DISMISSAL

This matter is before the Court pursuant to a Recommendation of Dismissal by the United States Magistrate Judge entered on July 23, 2012.  Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error.  Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 27th day of August, 2012.

```
                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE
```